UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:12-0001-FJL

UNITED STATES OF AMERICA,
  *Plaintiff,*

Vs.

THOMAS FARESE,
  *Defendant.*
_____/

**NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF MOTION FOR BOND**

  PLEASE TAKE NOTICE that defendant cites the following authority in support of his pending motion for bond, and states that the Government's reliance upon the use of an ancient prior record (and sentence to a term of 1 year imprisonment in the House of Correction) for "extortion" as a predicate offense to deny bond under 18 U.S.C. §3142(f)(1) is misplaced because the statute under which defendant was convicted did not carry a maximum sentence of more than 10 years imprisonment:

Massachusetts General Laws Annotated Currentness
 Part IV. Crimes, Punishments and Proceedings in Criminal Cases (Ch. 263-280)
  Title I. Crimes and Punishments (Ch. 263-274)
   Chapter 265. Crimes Against the Person (Refs & Annos)
    →→ **§ 25. Attempted extortion; punishment**

Whoever, verbally or by a written or printed communication, maliciously threatens to accuse another of a crime or offence, or by a verbal or written or printed communication maliciously threatens an injury to the person or property of another, or any police officer or person having the powers of a police officer, or

any officer, or employee of any licensing authority who verbally or by written or printed communication maliciously and unlawfully uses or threatens to use against another the power or authority vested in him, with intent thereby to extort money or any pecuniary advantage, or with intent to compel any person to do any act against his will, shall be punished by imprisonment in the state prison for not more than fifteen years, **or in the house of correction for not more than two and one half years, or by a fine of not more than five thousand dollars, or both.**

Ma. Gen. Stat., Ch. 265, §25 (emphasis added).

              Respectfully submitted,

              **BENSON WEINTRAUB, ESQ**.
              **JON MAY, Esq.**
              *Counsel for Thomas Farese*
              10245 Collins Avenue
              Suite 2-G
              Bal Harbour, FL. 33154-1408
              Tel. 305.374.1818

        By: /s/ Benson Weintraub

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing pleading was sent via ECF and US Mail to Stephen Carlton, AUSA this 12th day of January 2012.

        By: /s/ Benson Weintraub

2