UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-001-FJL

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THOMAS FARESE,

       Defendant.
._____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby notifies the Court that the defendant's prior conviction for attempted extortion constitutes a "crime of violence" under 18 USC §3142(f)(1)(A).

The Bail Reform Act defines crime of violence as:

(A) an offense that has as an element of the offense the use, attempted use, or threatened use of physical force against the person of another, or

(B) any other offense that is a felony and that, by its nature, involves a substantial risk that physical force against the person or property of another may be used in the course of committing the offense.

18 U.S.C. § 3156(a)(4). The underlying Massachusetts statute, Mass. Gen. Stat., Ch. 265, §25 clearly falls within the umbrella of a crime of violence inasmuch as it covers a "threat of injury" to a person.

While attempted extortion under Massachusetts law does not carry a maximum penalty of ten years or more, it is a crime of violence that falls within the penumbra of a qualifying felony conviction per 18 USC §§ 3142(f)(1)(A) and (f)(1)(D). The maximum period of incarceration is irrelevant under 18 USC §§ 3142(f)(1)(A) so long as a crime of violence is involved.

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

By:   /s Stephen Carlton
                Stephen Carlton
                Assistant United States Attorney
                Admin. No. A5500011
                500 S. Australian Ave., Suite 400
                West Palm Beach, Florida 33401-6235
                Tel. (561) 820-8711 Ext. 3053
                Telefax (561) 659-4526
                E-mail: Stephen.Carlton@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 12, 2012, I filed the foregoing document with the Clerk of the Court using the ECF system.

By: /s Stephen Carlton
Stephen Carlton
Assistant United States Attorney
Admin. No. A5500011
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401-6235
Tel. (561) 820-8711 Ext. 3053
Telefax (561) 659-4526
E-mail: Stephen.Carlton@usdoj.gov